ORDERED UNSEALED on 10/02/2024 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL BARNETT, Defendant. | Case No.: '24 MJ2726 SBC<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 8, 2024, within the Southern District of California, defendant Michael BARNETT knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 9 rounds of Winchester and Tula 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

Sean Davis

SEAN DAVIS
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of July 2024.

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On July 8, 2024 at approximately 11:15 a.m., Officers with the Harbor Police Department received a dispatch call and responded to National Steel and Shipbuilding Company ("NASSCO") at 2800 Harbor Drive in San Diego, which is within the Southern District of California. Upon arriving at NASSCO, police were advised by security personnel that a firearm and ammunition had been recovered that day from Michael BARNETT—a NASSCO employee.

NASSCO policy requires security personnel to search the bags of employees as they leave work. As BARNETT was leaving work at NASSCO on July 8, his bag was searched and was found to contain an unserialized firearm loaded with a total of approximately 9 rounds of ammunition. The same bag contained BARNETT's California identification card and his NASSCO identification card. NASSCO security seized the firearm, ammunition, and the bag and its contents before calling Harbor police.

Police conducted a records check, which confirmed BARNETT is a previously convicted felon and was on active probation at the time of the firearm and ammunition seizure. Police then contacted BARNETT's probation officer, who advised police that BARNETT had contacted the probation office to inform them that he was in possession of a firearm on July 8, 2024.

The firearm and ammunition were seized by police. The ammunition BARNETT possessed was determined to be Winchester and Tula ammunition and was loaded into an unserialized firearm.

Records checks on BARNETT revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 1/23/2020 | CASC – Ventura | Cal. P.C. §4502(a) – Possessino of a Deadly Weapon by Prisoner (Felony) | 2 Years Prison |

The Winchester ammunition was seized and inspected. Preliminary checks revealed that the Winchester ammunition was not manufactured in California. Therefore, the

Winchester ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.